Opinion issued October
7, 2010 

 

 




 
 
 
 
 
 
 




 

 

 

 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00599-CV

———————————

 

CHRISTOPHER C. ALLEN, Appellant

 

V.

 

A & L INDUSTRIAL SERVICES, INC., Appellee

 



 

On Appeal from the 281st District Court

Harris County,
Texas

Trial Court Cause No. 2006-71979

 



 

MEMORANDUM
OPINION

Appellant has filed a motion to
dismiss the appeal.  More than 10 days
have elapsed, and no objection has been filed. 
No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed.  Tex.
R. App. P. 42.1(a)(1).








All other pending motions in this
appeal are overruled as moot.  The Clerk
is directed to issue mandate within 10 days of the date of this opinion.  Tex.
R. App. P. 18.1.

PER
CURIAM

Panel consists of Justices Keyes, Higley, and Bland.